448 F.2d 782
 Liesse J. LEDOUX, Plaintiff-Appellee,
v.
LOFFLAND BROTHERS et al., Defendants-Appellants.
 No. 71-1979 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Oct. 5, 1971.
 
 James G. Dubuisson, James T. Guglielmo, Dubuisson & Dubuisson, Opelousas, La., for defendants-appellants.
 Paul C. Tate, Tate & Tate, Mamou, La., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966